LUBASH, Respondent, v. SIGMOND, Appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by Aaron Lubash against Charles A. Sigmond.

PER CURIAM. Order modified, by fixing the costs payable as a condition for the service of the amended pleadings at the sum of $30, and, as so modified, affirmed, without costs. See, also, 139 N. Y. Supp. 1131.

JENKS, P. J., not voting.

LUTKINS, Respondent, v. LUTKINS, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Mary Lutkins against Theodore L. Lutkins, Jr. No opinion. Judgment modified, by reducing the payment of alimony to the sum of $15 per week, and by reducing the penal amount of the bond to $5,000, and, as so modified, affirmed, without costs. See, also, 152 App. Div. 931, 137 N. Y. Supp. 1127.

LYNCH, Appellant, v. NEW YORK, C. & ST. L. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by James Lynch against the New York, Chicago & St. Louis Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

McCREARY, Appellant, v. TERRY & TENCH CO., Inc., Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Alfred A. McCreary against the Terry & Tench Company, Incorporated. H. G. Aron, of New York City, for appellant. C. C. Marsh, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

McDONALD, Appellant, v. McDONALD, Respondent. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by John J. McDonald against Thomas C. McDonald. A. Hutter, of New York City, for appellant. G. G. Battle, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McELFATRICK v. McELFATRICK et al. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Appeal from Judgment on Report of Referee. Action by William H. McElfatrick, as sole surviving partner, against Margarette E. McElfatrick and others. From a judgment for plaintiff, defendants appeal. Affirmed on stipulation. See, also, 134 App. Div. 965, 119 N. Y. Supp. 1133. Morgan J. O'Brien, for appellants. J. M. Dittenhofer, for respondent.

PER CURIAM. On the stipulation filed herewith, the judgment appealed from is reduced to the sum of $771.79; and, as so reduced, the judgment is affirmed, without costs in this court.

McGEE, Respondent, v. FELTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Thomas A. McGee against George W. Felter. No opinion. Judgment (75 Misc. Rep. 349, 135 N. Y. Supp. 267) of the County Court of Kings county affirmed, with costs.

McKIERNAN, Appellant, v. WHITE HOD ELEVATOR CO., Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Patrick McKiernan against the White Hod Elevator Company. F. J. Hogan, of New York City, for appellant. L. S. Coit, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs, on the authority of McDonough v. Pelham Hod Elevator Co., 111 App. Div. 585, 98 N. Y. Supp. 90.

DOWLING, J., dissents. INGRAHAM, P. J., dissents on the ground that the defendant, in installing the elevator as part of the machinery, furnished an unsafe and improper rope or cable with which to operate it, and that for that negligence the defendant was liable. Order filed.

McLEAN, Respondent, v. WURTZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Katherine G. McLean, as administratrix, etc., against George P. Wurtz and another. No opinion. Motion for reargument (of 138 N. Y. Supp. 1128) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

MALDONADO & CO., Respondents, v. YGLESIAS, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by Maldonado & Co. against Luis F. Yglesias, impleaded with others. M. G. Holstein, of New York City, for appellant. A. K. Stricker, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 139 N. Y. Supp. 102.

MANNING, Respondent, v. SEELIG, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by John J. Manning against Emil Seelig. L. Lowenstein, of New York City, for appellant. W. E. Benjamin, of New York City, for respondent. No opinion. Judgment and orders affirmed, with costs. Order filed. See, also, 138 N. Y. Supp. 1128.

MANOR REALTY CO., Appellant, v. EGBERT, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by the Manor Realty Company against George W. Egbert. No opinion. Motion for reargument (of 138 N. Y. Supp. 502) denied, with $10 costs.